United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-13948-mdc
Dan J. Staehle                                                          Chapter 13
Maureen A. Staehle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1              Date Rcvd: Aug 04, 2017
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13054293       +E-mail/Text: bncmail@w-legal.com Aug 05 2017 01:27:50      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Dan J. Staehle brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Joint Debtor Maureen A. Staehle brad@sadeklaw.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JP Morgan Chase Bank ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    JP Morgan Chase Bank ecfmail@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-13948-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Dan J. Staehle
2536 Stoneybrook LN.
Drexel Hill PA 19026

Maureen A. Staehle
2536 Stoneybrook LN.
Drexel Hill PA 19026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: TD BANK USA, N.A., C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/06/17

Tim McGrath
**CLERK OF THE COURT**