# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-13948-MDC

DAN J. STAEHLE
MAUREEN A. STAEHLE
2536 STONEYBROOK LN.

DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAN J. STAEHLE
    MAUREEN A. STAEHLE
    2536 STONEYBROOK LN.

    DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

|  |  |
|---|---|
|  | /S/ William C. Miller |
| Date: 7/31/2018 | _____ |
|  | William C. Miller, Esquire |
|  | Chapter 13 Standing Trustee |