Certificate Number: 03088-PAE-DE-031469774

Bankruptcy Case Number: 13-13948



03088-PAE-DE-031469774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2018, at 9:46 o'clock PM CDT, Dan J Staehle completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 14, 2018         By:    /s/David Nungesser for Doug Tonne

                                Name:  Doug Tonne

                                Title: Counselor