Certificate Number: 03088-PAE-DE-031468450

Bankruptcy Case Number: 13-13948



03088-PAE-DE-031468450

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2018</u>, at <u>9:46</u> o'clock <u>PM CDT</u>, <u>Maureen A Staehle</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 13, 2018</u>

By:     <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:  <u>Counselor</u>