United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-13948-mdc
Dan J. Staehle                                                            Chapter 13
Maureen A. Staehle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2            Date Rcvd: Oct 16, 2018
                               Form ID: 138NEW             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         +Dan J. Staehle,    Maureen A. Staehle,    2536 Stoneybrook LN.,    Drexel Hill, PA 19026-1610
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
13040992      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13154787       +Brad J. Sadek, Esquire,    Sadek & Cooper, LLC,    1315 Walnut Street, Suite 302,
                 Philadelphia, PA 19107-4705
13040995       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13040994       +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
13076209       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13711298        Federal National Mortgage Association,    (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047
13160181       +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13041002       +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13041004       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
13041005       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:37      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13067785        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2018 02:48:32
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13040993        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:47:40      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13040997       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 17 2018 02:42:20      Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13040998       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:18      Gecrb/Gemone,    Po Box 965005,
                 Orlando, FL 32896-5005
13040999        E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:37      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13041000       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:18      Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13041001       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 02:42:58      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13100572        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:47:02
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13104681        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2018 02:42:24
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
13962786        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2018 02:42:24
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13052483        E-mail/PDF: rmscedi@recoverycorp.com Oct 17 2018 02:48:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13041003       +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2018 02:47:47      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13265477       +E-mail/PDF: pa_dc_claims@navient.com Oct 17 2018 02:47:04      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13054293       +E-mail/Text: bncmail@w-legal.com Oct 17 2018 02:43:09      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13040996*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13994612*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13071666*      +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13071667*      +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13041006*      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Oct 16, 2018
                              Form ID: 138NEW             Total Noticed: 30

13092923     ##+PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
                                                                                          TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Joint Debtor Maureen A. Staehle brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Dan J. Staehle brad@sadeklaw.com,   bradsadek@gmail.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JP Morgan Chase Bank ecfmail@mwc-law.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    JP Morgan Chase Bank ecfmail@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dan J. Staehle and Maureen A. Staehle

    Debtor(s)

Bankruptcy No: 13–13948–mdc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/16/18